IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER OSAGIE, as Representative of the Estate of Osaze Osagie, Decedent | : : : : |
| Plaintiff, | : Docket No. 4:20-cv-02024 |
| v | : : |
| BOROUGH OF STATE COLLEGE, et al., | : : : |
| Defendants. | : : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Matthew S, Polaha, Esquire of MacMain, Connell & Leinhauser LLC as counsel for Defendants Officer M. Jordan Pieniazek, Sergeant Christopher Hill, Lieutenant Keith Robb and Captain Christian Fishel in the above-captioned matter.

**MacMAIN, CONNELL & LEINHAUSER, LLC**

Dated: February 5, 2021       By:   /s/ Matthew S. Polaha
　　　　　　　　　　　　　　　　　Matthew S. Polaha
　　　　　　　　　　　　　　　　　PA Attorney I.D. No. 320674
　　　　　　　　　　　　　　　　　433 W. Market Street, Suite 200
　　　　　　　　　　　　　　　　　West Chester, PA 19382
　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Matthew S. Polaha, Esquire, hereby certify that on this February 5, 2021, the foregoing *Entry of Appearance* filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania. The following parties received notification of this filing via electronic notification:

Andrew Shubin
SHUBIN LAW OFFICE
333 South Allen Street
State College, PA 16801

Kathleen Yurchak
STEINBACHER, GOODALL & YURCHAK
328 South Atherton Street
State College, PA 16801

Andrew G. Celli, Jr
Earl S. Ward
Elizabeth S. Saylor
Emery Celli Brinckerhoff & Abady, LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020

**MacMAIN, CONNELL & LEINHAUSER, LLC**

By: */s/ Matthew S. Polaha*
Matthew S. Polaha
PA Attorney I.D. No. 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants*