# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYLVESTER OSAGIE, as
Representative of the
Estate of Osaze Osagie, Decedent

      Plaintiff, : Docket No. 4:20-cv-02024

v

BOROUGH OF STATE COLLEGE;
M. JORDAN PIENIAZEK, Borough
of State College Police Department;
CHRISTOPHER HILL, Borough of
State College Police Department,
KEITH ROBB, Borough of State
College Police Department,
CHRISTIAN FISHEL, Borough of
State College Police Department,

      Defendants.

## STIPULATION EXTENDING DEADLINE TO ANSWER THE FIRST AMENDED COMPLAINT

AND NOW this 5th day of February 2021, it is hereby stipulated and agreed, by and between Plaintiff, Sylvester Osagie, as representative of the Estate of Osaze Osagie, decedent and Defendants, Borough of State College, M. Jordan Pieniazek, Christopher Hill, Keith Robb, and Christian Fishel, (hereinafter "Defendants"), by and through their undersigned counsel, that the time within which all Defendants have to answer Plaintiff's First Amended Complaint is extended to March 26, 2021. A proposed order is being filed contemporaneously herewith.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SHUBIN LAW OFFICE | MacMain, Connell & Leinhauser, LLC |
| By: _____ | By: _____ |
| Andrew Shubin<br>333 South Allen Street<br>State College, PA 16801<br>*Attorney for Plaintiff* | David J. MacMain<br>Attorney I.D. No. 59320<br>433 W. Market Street, Suite 200<br>West Chester, PA 19382<br>*Attorneys for Defendants, Borough of State College, M. Jordan Pieniazek, Christopher Hill, Keith Robb, and Christian Fishel* |

**AND IT IS SO ORDERED** THIS _____ DAY OF FEBRUARY 2021.

BY THE COURT:

_____
THE HONORABLE MATTHEW W. BRANN

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on February 5, 2021, the foregoing *Stipulation Extending Time to Answer the First Amended Complaint* was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania. The following parties received notification of this filing via electronic notification:

Andrew G. Celli, Jr.
Earl S. Ward
David Berman
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, New York 10020
*Attorneys for Plaintiff*

Andrew Shubin
SHUBIN LAW OFFICE
333 South Allen Street
State College, PA 16801
*Attorney for Plaintiff*

Kathleen Yurchak
STEINBACHER, GOODALL & YURCHAK
328 South Atherton Street
State College, PA 16801
*Attorney for Plaintiff*

3

Respectfully submitted,

**MacMain, Connell & Leinhauser, LLC**

Dated: 2/5/21          By: _____
                           David J. MacMain
                           Attorney I.D. No. 59320
                           Matthew S. Polaha
                           Attorney I.D. No. 320674
                           433 W. Market Street, Suite 200
                           West Chester, PA 19382
                           *Attorneys for Defendant, Borough of State College, M. Jordan Pieniazek, Christopher Hill, Keith Robb, and Christian Fishel*

4