IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER OSAGIE, as Representative of the Estate of Osaze Osagie, Decedent | : : : : |
| Plaintiff, | : Docket No. 4:20-cv-02024 |
| v | : : |
| BOROUGH OF STATE COLLEGE; M. JORDAN PIENIAZEK, Borough of State College Police Department; CHRISTOPHER HILL, Borough of State College Police Department, KEITH ROBB, Borough of State College Police Department, CHRISTIAN FISHEL, Borough of State College Police Department, | : : : : : : : : : : |
| Defendants. | : |

**PRAECIPE TO WITHDRAW DEFENDANT, BOROUGH OF STATE COLLEGE'S PENDING MOTION TO QUASH PLAINTIFF'S SUBPOENA**

To the Clerk:

Kindly mark Defendant, Borough of State College's pending Motion to Quash Plaintiff's Subpoena (ECF Doc. No. 16 and 16-1 to 16-5), filed January 29, 2021, withdrawn *without prejudice* in the above captioned matter.

**[The remainder of this page intentionally left blank]**

Respectfully submitted,

**MacMain, Connell & Leinhauser, LLC**

Dated: February 12, 2021    By: */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
Matthew S. Polaha
Attorney I.D. No. 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendant, Borough of State College*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on February 12, 2021, the foregoing *Praecipe to Withdraw Defendant, Borough of State College's Pending Motion to Quash Plaintiff's Subpoena* was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania. The following parties received notification of this filing via electronic notification:

Andrew G. Celli, Jr.
Earl S. Ward
David Berman
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
New York, New York 10020
*Attorneys for Plaintiff*

Andrew Shubin
SHUBIN LAW OFFICE
333 South Allen Street
State College, PA 16801
*Attorney for Plaintiff*

Kathleen Yurchak
STEINBACHER, GOODALL & YURCHAK
328 South Atherton Street
State College, PA 16801
*Attorney for Plaintiff*

Via Email Only:
Elizabeth (Betsy) A. Dupuis
Babst Calland
330 Innovation Blvd., Suite 302
State College, PA 16803
*Attorney for The Centre County District Attorney's Office*

Respectfully submitted,

**MacMain, Connell & Leinhauser, LLC**

Dated: February 12, 2021   By: */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
Matthew S. Polaha
Attorney I.D. No. 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendant, Borough of State College*

4