UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I _Andrew K. Jondahl_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Emery Celli Brinckerhoff Abady Ward & Maazel, LLP

600 Fifth Avenue, 10th Floor

New York, NY 10020

Office Telephone: (212) 763-5000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York Supreme Court - 1/13/2016; Southern District of New York - 11/25/2019

Eastern District of New York - 12/2/2019; Northern District of New York - 3/11/2021

My attorney Identification number is: 5395926

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Matthew W. Brann_    Date: 3/25/2021
United States District Judge