IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER OSAGIE, *Representative of the Estate of Osaze Osagie, Decedent*, <br><br> Plaintiff, <br><br> v. <br><br> BOROUGH OF STATE COLLEGE, *et al.*, <br><br> Defendants. | No. 4:20-CV-02024 <br><br> (Chief Judge Brann) |

## ORDER

**FEBRUARY 22, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Osagie's motion to compel discovery (Doc. 44) is **GRANTED** in part and **DENIED** in part; and

2. Defendants shall produce all discoverable information, as set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge