UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------x
SYLVESTER OSAGIE, as Representative of the Estate of Osaze Osagie, Decedent

                              Plaintiff,                      20 Civ. 02024

       -against-

BOROUGH OF STATE COLLEGE; M. JORDAN PIENIAZEK, Borough of State College Police Department; CHRISTOPHER HILL, Borough of State College Police Department, KEITH ROBB, Borough of State College Police Department, CHRIS FISHEL, Borough of State College Police Department,

                              Defendants.
------------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sylvester Osagie, as Administrator of the Estate of Osaze Osagie, withdraws and discontinues with prejudice his Fourth, Fifth, Sixth, and Seventh Causes of Action set forth in his Amended Complaint.

2. That no party hereto is an infant or incompetent.

3. Each party will bear their own attorney's fees, expenses, and costs.

Dated: August 4, 2023
State College, Pennsylvania

**MacMain Leinhauser LLC**

By: _____/s/ *David J. MacMain*
            *Matthew S. Polaha*
David J. MacMain
Matthew S. Polaha
Attorney I.D. Nos. 59320 / 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorneys for Defendants*


LAW OFFICE OF ANDREW SHUBIN

By:_____/s/ *Andrew Shubin*
Andrew Shubin

STEINBACHER GOODALL YURCHAK

By:_____/s/ *Kathleen Yurchak*
Kathleen Yurchak

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

By:_____/s/ *Andrew G. Celli, Jr.*
            *Earl S. Ward*
            *David Berman*
Andrew G. Celli, Jr.
Earl S. Ward
David Berman

*Attorneys for Plaintiff*