# EXHIBIT A

19SC04228

# APPLICATION FOR
# INVOLUNTARY EMERGENCY EXAMINATION
# AND TREATMENT

Mental Health Procedures Act of 1976
Section 302

*(THE BLANKS BELOW MAY BE COMPLETED FOLLOWING ADMISSION.)*

| NAME | | | | AGE | SEX |
|---|---|---|---|---|---|
| Last: OSAGIE | First: OSAZE | Middle: | | 30 | MALE |

| ADDRESS |
|---|
| 904 SOUTHGATE DRIVE STATE COLLEGE PA 16801 |

| NAME OF COUNTY PROGRAM | NAME OF BSU | BSU NUMBER |
|---|---|---|
| CENTRE | MHID | 141 |

| NAME OF FACILITY | ADMISSION DATE | ADMISSION NUMBER |
|---|---|---|
| | | |

## INSTRUCTIONS

1. Part I must be completed by the person who believes the patient is in need of treatment If this person is not a physician, police officer, the County Administrator or his delegate, he or she must request authorization or a warrant through the County Administrator.

2. If the authorization or a warrant through the County Administrator is required, call or visit the Office of the County Administrator. Authorization to take a patient for examination without a warrant is to be documented in Part II. If a warrant is required, Part III must be completed by the County Administrator or a person designated by the Administrator to sign the warrants.

3. When the patient is taken to the examination facility, the rights described in Form MH 783-A must be explained. Part IV should be signed by the person who explains these rights to the patient.

4. Part V is to be completed by the County Administrator (or representative) or by the Director of the Facility (or representative) upon arrival of the patient at the facility.

5. Part VI is to be completed by the examining physician.

6. If additional sheets are required at any point in completing this form, note on this form the number of additional sheets which are attached.

7. If the patient is subject to criminal proceedings/detention, briefly describe below.

MH 783  4/10

SCPD000905

**IMPORTANT NOTICE**

ANY PERSON WHO PROVIDES ANY FALSE INFORMATION ON PURPOSE WHEN HE COMPLETES THIS FORM MAY BE SUBJECT TO CRIMINAL PROSECUTION AND MAY FACE CRIMINAL PENALTIES INCLUDING CONVICTION OF A MISDEMEANOR.

Part I
**APPLICATION**

I believe that ___OSAZE   OSAGIE___
(PERSON'S NAME)

is severely mentally disabled: (Check and complete all applicable for this patient)

A person is severely mentally disabled when, as a result of mental illness, his/her capacity to exercise self-control, judgment and discretion in the conduct of his/her affairs and social relations or to care for his/her own personal needs is so lessened that he/she poses a clear and present danger of harm to others or to himself or herself.

☐ Clear and present danger to others shall be shown by establishing that within the past 30 days the person has inflicted or attempted to inflict serious bodily harm on another and that there is reasonable probability that such conduct will be repeated. A clear and present danger of harm to others may be demonstrated by proof that the person has made threats of harm and has committed acts in furtherance of the threat to commit harm; or

Clear and present danger to himself shall be shown by establishing that within the past 30 days;

☐ (i) the person has acted in such manner as to evidence that he/she would be unable, without care, supervision and the continued assistance of others, to satisfy his/her need for nourishment, personal or medical care, shelter, or self-protection and safety, and that there is reasonable probability that death, serious bodily injury or serious physical debilitation would ensue within 30 days unless adequate treatment were afforded under the act; or

☒ (ii) the person has attempted suicide and that there is reasonable probability of suicide unless adequate treatment is afforded under this act. For the purpose of this subsection, a clear and present danger may be demonstrated by the proof that the person has made threats to commit suicide and has committed acts which are in furtherance of the threat to commit suicide; or

☐ (iii) the person has substantially mutilated himself/herself or attempted to mutilate himself/herself substantially and that there is the reasonable probability or mutilation unless adequate treatment is afforded under this act. For the purposes of this subsection, a clear and present danger shall be established by proof that the person has made threats to commit mutilation and has committed acts which are in furtherance of the threat to commit mutilation.

Describe in detail the specific behavior within the last 30 days which supports your belief (include location, date and time whenever possible, and state who observed the behavior):

> Osaze has been acting erratically for about two weeks, the way he typically acts when he is off his medication. Today he sent me a very long incoherent text threatening to kill himself and hurt others. He cut off the call I had with him, ended the call by saying that he was going to die

I understand that I may be required to testify at a court hearing concerning the information I gave.

On the basis of the information I gave above, I believe that __OSAZE OSAGIE__ (PERSON'S NAME)

is in need of involuntary examination and treatment. I request that: (Check A or B - Notice that B can only be checked by a physician, a police officer, the County Administrator or his/her delegate).

A. [X] The County Administrator issues a warrant authorizing a policeman or someone representing the County Administrator to take the patient to a facility for examination and treatment.

_S. Osagie_   3/19/19
SIGNATURE OF APPLICANT   DATE

SYLVESTER OSAGIE

B. [ ] That this facility examine the patient to determine his/her need for treatment.

_____   _____
SIGNATURE OF PHYSICIAN, POLICE OFFICER   DATE
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____   _____
PRINT NAME AND TITLE OF PHYSICIAN, POLICE OFFICER   TELEPHONE NO.
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____
ADDRESS

MH 783 4/10

## PART II
## Authorization for Transportation to an Approved Facility for Examination Without a Warrant
### (Under Section 302(a) (2))

For use in emergency situations when the Administrator orally authorizes a responsible person to take a patient to a designated facility for examination without a warrant. When such authorization of a County Administrator or designee is obtained by telephone, the documentation below is required:

_____     _____
NAME OF PERSON REQUESTING AUTHORIZATION     DATE/TIME OF CALL/AUTHORIZATION

_____
REASON FOR ORAL AUTHORIZTION

_____
NAME AND TITLE OF PERSON GIVING AUTHORIZATION

I swear or affirm that I personally obtained authorization for transporting the patient to

_____ from the above-named
(FACILITY)

Administrator or his/her representative and that I was advised that documentation of this telephone call is maintained in the Administrator's files.

_____     _____
NAME AND ADDRESS                                RELATIONSHIP TO PATIENT

MH 783  4/10

SCPD000908

## Part III
## WARRANT

(Check A or B)

A. ☒ Based upon representations made to me by __SYLVESTER OSAGIE__
(NAME OF APPLICANT)

I hereby order that __OSAZE OSAGIE__ shall be taken to
(NAME OF PERSON)

and examined at __MOUNT NITTANY MEDICAL CENTER__ and if required, shall
(NAME OF FACILITY)

be admitted to a facility designated for treatment for a period of time not to exceed 120 hours.

Name of facility designated for treatment if other than the facility conducting the examination:

_____

_Daniel P. Albert_ BSCCII       03/20/19  0015
SIGNATURE OF COUNTY ADMINISTRATOR, OR HIS/HER REPRESENTATIVE        DATE

_DANIEL ALBERT_
PRINT NAME OF COUNTY ADMINISTRATOR, OR HIS/HER REPRESENTATIVE

## DENIAL OF WARRANT

B. ☐  The request of the petitioner for a warrant is denied:

_____
_____
_____
_____

_____       _____
SIGNATURE OF SIGNATURE OF COUNTY ADMINISTRATOR, OR REPRESENTATIVE     DATE

## Part IV
## THE PATIENT'S RIGHTS

I affirm that when the patient arrived at _____
(NAME OF FACILITY)

I explained his rights to him/her. These rights are described in Form MH 783-A. I believe that he/she:

☐  does understand these rights.

☐  does not understand these rights.

_____       _____
SIGNATURE OF PERSON EXPLAINING RIGHTS     DATE

_____
PRINT NAME OF PERSON EXPLAINING RIGHTS

SCPD000909



Download  Full screen  Hide email

(No subject)

KS  Kurt Stere <kastere@icloud.com>
Today, 6:13 AM
Tlumac, John

**Screenshot 1 (OSAGIE thread):**

Thanks

Hey. Please tell Rich Auman what he will probably assume when he gets word about what is about to happen a little while from now. Tell him I will not be able to attend any more of our appointments. Well, I cannot say anything other than my life was mysterious, unpredictable and search-filled while it lasted. Although the police hid the secret reason, I have run into trouble with them before for the very reason I am about to run into trouble with them again in a little bit. The detective's hidden reason for getting me in trouble in the past was because of my love for God and my love for his creation. Remember what God considers his version of love; it's in Matt. 7-12. And don't forget, once anyone tries to seek God's love in this country, he becomes an enemy to the state. It's amazing how I was ever released after telling the judge I was

**Screenshot 2:**

that if they are going to be wiped out by any herdsmen pests living or roaming among them, I relate myself to them, and I relate the United States government to east Asia's God-hating oppressor, a bloodthirsty tyrant who is so thirsty for blood he might as well be Winnie the Pooh on the search for honey. If my mission is successful, if I die for my God today, my dying wish and hopefully my final words to you is that you, if you truly cared about anything concerning me, you would not host any funeral, or have any gathering. Any poor soul whose life I take today, if any poor soul at all, may God forgive his sins if he has any. And I pray there is no friendly fire. Let's see how much time I have left before finding out what life after death is really about.

**Screenshot 3:**

It's amazing how I was ever released after telling the judge I was not even sorry for my zealous attempts to seek God's love for this world the first time at the park. Goodness, that public defender must have been one of the best. Do not try to intervene in any way. Shoot, God is dead in this country, and soon I hopefully will be dead also. My fast-approaching deep sleep will result from a struggle between God and evil, a conflict between creationism and every evil spirit that denies the reality of a intelligent supreme guider of the laws of nature, and a battle between the citizens of the U.S. and the American government. I wonder if the Bacharia youth people group I heard about on the media really exists. If so, I might be able to say that if they are going to be wiped out by any herdsmen pests living or roaming among them, I relate myself to them, and I relate the United States government in east Asia's God-hating

SCPD000910



SCPD000911

