# EXHIBIT E



# STATE COLLEGE POLICE DEPT

Incident #: 19SC04228

Reporting Officer: KURT STERE

Report Time: 03/19/2019 21:55:19

## Incident

**Incident Nature**
HEALTH & SAFETY

**Address**
1013 OLD BOALSBURG RD;G3
STATE COLLEGE B, PA 16801

**Occurred From**
03/19/2019 16:00:00

**Occurred To**
03/20/2019 05:30:10

**Received By**

**How Received**

**Contact**
OSAEIE,SYLVESTER

**Disposition**
Open

**CAD Event No**
201900004926

**Disposition Date**
03/20/2019

**Judicial Status**
Health/Safety-MH/MR

**Clearance**
CASE COMPLETED-lock

**Responding Officer(s)**
JOHN TLUMAC

KURT STERE

**Circumstances**
Both Inside and Outside
Residence or Home
Mental Health Intellectual Dis
Crisis Intervention Team
Detective Unit

## Offenses

### HEALTH AND SAFETY

**Statute**
X3170

**Description**
H&S - MH/MR

**Category**

## Persons

### OSAGIE, SYLVESTER O
### COMPLAINANT

**Address**

**Phone**

**DOB**

**Race**
Unknown

**Sex**
M

**Ethnicity**

**Height**

**Weight**
0

## OSAGIE, OSAZE O
## MISSING

| | | |
|---|---|---|
| Address<br>1013 OLD BOALSBURG RD;G3<br>STATE COLLEGE B PA 16801 | Phone | DOB |
| Race<br>Black/African American | Sex<br>M | Ethnicity<br>Non-Hispanic |
| Height<br>6'03" | Weight<br>170 | |

## SCHAAD, CONNOR M
## OTHER

| | | |
|---|---|---|
| Address | Phone | DOB |
| Race<br>White | Sex<br>M | Ethnicity<br>Non-Hispanic |
| Height | Weight<br>0 | |

### Narratives

**Original Narrative**                 03/20/2019 06:17:01

Sylvester Osagie reported his son Osaze Osagie sent him a long text message that stated he wanted to die and made indirect threats to harm those that tried to help. Osaze was not located. A 302 warrant was obtained and a BOLO put out for Osaze.

Active.

**Supplemental Narrative**    03/20/2019 05:37:41        KURT STERE

On 3/19/19 at 2155 hrs, 3225 and myself were dispatched to meet the complainant, Sylvester Osagie, at station in reference to a health and safety. Sylvester reported his son, Osaze Osagie, was missing from his apartment on 1013 Old Boalsburg Rd G3. Sylvester reported he last spoke with Osaze 2 hours ago. Sylvester reported Osaze has a history of anxiety and schizoprenia and believes he is not taking his medications. Sylvester was concerned Osaze may harm himself.

I met with Sylvester at station. Sylvester stated he noticed Osaze's behavior begin to change approximately 2 weeks ago. Sylvester said he usually is able to tell when Osaze isn't taking his meds, and he thinks Osaze is currently not taking them. Sylvester said he was speaking with Osaze today via text. Osaze sent a long text message to Sylvester at approximately 1600 hrs. The text rambled on and didn't seem to make a lot of sense. In the message he states "Shoot, God is dead in this country, and soon I hopefully will be dead also. My fast-approaching deep sleep will result from a struggle between God and evil." He also states "Any poor soul whose life I take today, if any poor soul at all, may God forgive his sins if he has any." I took pictures of the entire message, printed out a copy, and placed with the case jacket. Sylvester stated he was talking with Osaze about meeting for dinner as well, and then at approximately 1930 hrs Osaze sent him a text saying good bye. Sylvester attempted to call Osaze but was unable to reach him. Sylvester described Osaze as a BM, 6'3", skinny build, short black hair. Sylvester said Osaze often goes to the Weis market on Westerly Parkway.

3225 and I went to Osaze's residence. We knocked several times but there was no answer. Eventually Osaze's roommate, Connor Schaad, answered the door. Schaad stated he was sleeping, and he hadn't seen Osaze since 1400 hrs. Schaad was unsure where Osaze would be. I advised Schaad to call if Osaze returned to his residence.

I contacted Can Help and asked if Osaze had called in today. They advised they had not heard from Osaze. Can Help

SCPD000901

stated they would contact Osaze's case manager at Strawberry Fields and have him give me a call. I then spoke with Nick Mothersbaugh, Osaze's case manager, who stated he did not hear from Osaze today either. Mothersbaugh said he last saw Osaze on 2/27/19 and was scheduled to meet him on 3/21/19 at 1200 hrs. Mothersbaugh said he meets with Osaze every couple weeks and rarely hears from him in between meetings.

I had dispatch ping Osaze's cell phone. The last ping was at 2148 hrs at 180 Fisher Rd on campus. The ping was 1/10 of a mile east of that location. I notified PSUPD to be on the look out for Osaze on campus.

I then took Sylvester to the ER and met with Dan from Can Help. Sylvester provided Dan with the information he gave me, and Dan signed off on a 302 warrant. I returned to station and completed a NCIC missing person entry worksheet and faxed to dispatch. I then notified dispatch to issue a BOLO for Osaze.

I contacted Verizon to obtain a current ping of Osaze's phone. I spoke with Tom from Verizon who stated the cell phone was currently powered off, and the last ping was at 2148 hrs (same ping dispatch provided).

3225 searched the area near the Weis Market but was unable to locate Osaze.

The 302 warrant was placed with the hot sheet. A CIT data sheet was completed and faxed.

Active.

**Supplemental Narrative     03/20/2019 11:00:58     KRIS ALBRIGHT**

SUBJECT: initial follow-up

On Wednesday, March 20, 2019, I reviewed this case. At approximately 1008 hours, I called Sylvester Osagie. He stated he did not hear from his son since the initial report was taken.

After I called Sylvester, I attempted to contact Connor Schaad with negative results.

At 1010 hours, I contacted Verizon and asked for another triangulation on Osaze's cell phone. Verizon records showed the last triangulation of the cell phone was at 0115 hours on this date at 40.78690 (latitude) and -77.85542 (longitude) which was .05 miles NW of the tower located at 1315 S. Allen St. The Verizon operator, Tony, stated the triangulation of the phone was an approximation and not an exact location.

I entered the coordinates and found a location of 802 S. Fraser St. Information relayed to Lt. Hamilton.

At 1114 hours, I called MNMC. Osagie had not been admitted to the hospital.

CASE ACTIVE.

**Supplemental Narrative     03/20/2019 15:27:32     KRIS ALBRIGHT**

SUBJECT: Osaze Osagie located

On Wednesday, March 20, 2019, at 1400 hours, I received a phone call from Lt. Robb at my desk. Lt. Robb asked for the apartment number for Osaze because he had been spotted walking in the area of Weis. I gave Lt. Robb the apartment number.

At 1403 hours, I heard a radio call of shots fired followed by Lt. Robb asking for an ambulance code 3.

I responded to the scene of 1013 Old Boalsburg Rd. I arrived with Det. Bosak at approximately 1409 hours. I did not enter the scene. While on scene, I was asked by Lt. Robb to obtain my case jacket for the missing person report.

I went back to station and copied the case jacket and 302 warrant and returned to the area. Once Lt. Strock from PSP arrived on location, I gave him a copy of the report. I left the area shortly thereafter.

CASE COMPLETED.

**Supplemental Narrative    03/20/2019 17:38:59    AMANDA ESTEP**

SUBJECT: Attempt to locate OSAGIE

On 3/20/2019, Lt. Hamilton advised there was a 302 warrant for this individual. He requested I follow-up on the previous shift's efforts to attempt to locate OSAGIE.

At 0747 hours, I made contact with Sylvester OSAGIE. He advised he still had not heard from his son. Additionally, OSAGIE had not made contact with any other family members or friends. Sylvester sent OSAGIE a text message; however, Sylvester believed OSAGIE's phone was turned off or died because the message had not been read.

After speaking with Sylvester, I attempted contact with OSAGIE's roommate, Connor Schaad. Schaad did not answer his phone. I left a message requesting a return phone call.

On this date, at approximately 0924 hours, Lt. Hamilton and I attempted contact with OSAGIE at 1013 Old Boalsburg Rd G3. We were unable to make contact. Lt. Hamilton was able to look through the basement floor window into the apartment, but no one was located inside.

At approximately 1202 hours, I spoke with Sylvester again. Sylvester advised he still had not spoke with OSAGIE or received any contact from him. When asked, Sylvester said OSAGIE liked to hang out at the HUB on campus. He also advised OSAGIE goes to Weis on Westerly Parkway to go grocery shopping. Sylvester could not identify any other possible locations OSAGIE may be found.
I told Sylvester that it was my belief Penn State was aware of the 302 warrant and, based on the report completed the previous evening, PSU PD knew to be on the lookout for him on campus.

On this date at approximately 1227 hours, after speaking with Sylvester, I spoke with Schaad. Schaad told me OSAGIE still had not returned. Schaad had not heard form him. He agreed to contact PD if/when OSAGIE returned.

After speaking with Sylvester and Schaad, I sent Lt. Hamilton a message. Lt. Hamilton informed me OSAGIE's phone was last pinged in the area of 800 S Fraser St. I checked the area, but did not locate OSAGIE. Lt. Hamilton indicated the "ping" had occurred seomtime around 0230 hours. He indicated the phone would be "pinged" again and Det. Albright would be provided an updated location at that time.

OFFICER: A. R. Estep #3248
DATE / TIME: Wed Mar 20 17:55:20 EDT 2019

**Supplemental Narrative    03/20/2019 19:45:24    ANDREW MAGARGEE**

On 03/20/19 at approximately 1940 I completed a NCIC cancellation sheet for Osagie and faxed it to CCECC.

**Supplemental Narrative    03/21/2019 06:13:41    KRIS ALBRIGHT**

SUBJECT: linked case

All follow-up to this case is linked to the warrant service case under 19SC04265.

CASE COMPLETED.

SCPD000903

file:///C:/Users/aschaeffer/AppData/Roaming/Spillman/Mobile/temp/Incident_PrintOutput.h...   4/3/2019

**Supplemental Narrative    03/23/2019 12:43:11    KEITH ROBB**

SUBJECT: Lt. Robb's involvement and observations

On 3/20/2019, I reviewed the daily bulletin and observed a Missing Person case involving Osage Osogie. I was familiar with Osogie from prior MH/MR calls including an Arson in 2009 after he had gone missing. I notified Detective Albright that I was assigning the case to her and asked her to resume pinging Osogie's phone. Around 1030hrs, I was informed by Detective Albright that the phone last pinged around 0115hrs in the area of 800 block of South Fraser Street. I surmised that Osogie may by in the area of Hamilton Street Plaza. I drove to that location in 3316 and search the area to no avail. Detective Albright informed me that Verizon would continue to ping the phone for at least another day and she would advise patrol if a new location was revealed.
At 1349hrs. I was at my desk and heard Officer Pieniazek being dispatched to the Weis Market on Easterly Parkway after a Strawberry Fields caseworker observed Osogie nearby. I proceeded to the Weis Market in 3314 (CI car). I was wearing suit and tie. Upon arrival at the Weis Market I could not locate Osogie. I heard dispatch notify Officer Pieniazek that the caseworker stated that Osogie was heading toward his apartment at 1013 Old Boalsburg Road. Osogie was to be wearing black jeans, dark blue jacket, hood over his head and was to be carrying two Weis plastic bags. I heard that Sgt. Hill was backing. I arrived in front of 1013 South Allen Street along with Sgt. Hill and Officer Pieniazek. We signed out at 1359hrs. I called Detective Albright and confirmed Osogie's apartment as G3 and confirmed that there was a 302 warrant. We entered 1013 Old Boalsburg Rd on the Old Boalsburg Road side. G3 was a basement apartment and we had to go down a small set of steps. G3 was to our left coming down the steps. The hallway was cramped and I remained half way up the stairs while Sgt. Hill was on the bottom step and Officer Pieniazek was in the hallway in front of apartment G3. Sgt Hill stated that it appears we do not have radio coverage in this basement. I observed Officer Pieniazek's portable radio light blinking. Officer Pieniazek knocked on the door and I heard a voice inside indicate that he was coming to the door. After a few seconds, Officer Pieniazek knocked again and the same voice inside the apartment stated he was coming. I heard the door unlock from the inside and open. From the stairwell I could only see the top of Osogie's head. Officer Pieniazek asked, "Are you Mr. Osogie?". Osogie stated he was. Officer Pieniazek asked if we could come inside and talk. Osogie stated that we could not come inside. Officer Pieniazek in a normal voice stated then can you come out and talk to us. Immediately, I observed Officer Pieniazek draw his pistol and scream at Osogie what is in your hand.... drop the knife. I could not see the knife from the stairs and through Sgt. Hill who was in front of me. I told Sgt. Hill to get his taser ready. Sgt. Hill immediately unholstered his taser. I started to move back up the steps to call for backup. I heard Officer Pieniazek yelling stop and heard the taser deployed and observed Officer Pieniazek firing 3 or 4 gunshots and saw Osogie falling in between Sgt. Hill and Officer Pieniazek. I ran to the top of the steps and attempted to call out shots fired but was stepped on by Officer Pieniazek's radio as he called out shots fired. I immediately called out a request for EMS for shots fired. This was at 1359hrs. I also called for PSP to respond to an officer involved shooting. Officer Pieniazek threw me his car keys to obtain a medical bag. As I was going to the cruiser, I saw another cruiser pull up. I yelled for the medical kit. I received a call from Corporal Strock and I advised him of the situation and he advised he would have an investigation team enroute. I made sure the crime scene was secured and as SCPD detectives arrived on scene. I advised to take some overall photos but not to process anything. I advised Detective Albright to make a copy of the Missing Person case 19SC04228 and to print out all reports involving Osogie to provide PSP. I remained on scene until PSP arrived. I met with Officer Pieniazek in a Centre Lifelink ambulance and took his gun and gave him my gun. I then turned over Officer Pieniazek's gun to Corporal Strock. I was relieved from the scene by Assistant Chief Wilson and proceeded back to station. I retrieved my gun from locker #2 . I turned over my gun to Captain Fishel. Later I turned over my magazine with Sgt. Foster.

OFFICER: Lt. Robb
DATE / TIME:Sat Mar 23 12:44:07 EDT 2019