EXHIBIT F

## Call For Service Detail Report - CFS 178

| Address | 560 WESTERLY PKWY, STATE COLLEGE | | | | |
|---|---|---|---|---|---|
| Common Name | WEIS MARKET - WESTERLY PKWY | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | SCPD D3 | Quadrant | 512 | District | 2531 |
| Caller Name | , KATIE | Caller Phone | | Call Taker | kcseeger |
| Create Date | 3/20/2019 13:45:09 | Clear Date | 3/21/2019 00:47:33 | Nature Of Call | |

### Agencies

### Call Type

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Supplement | Not In Progress | Low | kcseeger | 3/20/2019 13:45:09 |
| EMS-Trauma with Injury- ALS | Just Occurred | High | ramiller | 3/20/2019 14:03:22 |
| EMS-Trauma with Injury- ALS | Just Occurred | High | lawilliams | 3/20/2019 14:22:27 |

### Call Narrative

**\*\*\* 3/20/2019 \*\*\***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 20:06:59 | STATE POLICE STILL OS PER 3241 - DIRECT ANY CALLS PERTAINING TO SUCH TO PSP | Burd,Kyley | | 911-29757 |
| 16:22:09 | 10-52 DROPPED OFF | MILLER,ROSS | | 911-29757 |
| 16:16:49 | 3239 10-52 1 MALE 10-17 821 SOUTHGATE DR | MILLER,ROSS | | 911-29757 |
| 15:21:09 | 3256 ADVISED OF THE CAN HELP REQ | WILLIAMSON,LEE | | 911-29760-PC |
| 15:03:37 | DUSTIN WITH CAN HELP CALLED IN REQUESTING AN UPDATE ON CONTACT MADE WITH OSAZE OSAGIE. 10-21 NUMBER 800-643-5432 | Weyant,Kayla | | 911-29764-PC |
| 14:45:31 | MICU25-4 IS AT STATE COLLEGE POLICE STATION WITH 3272 GOING TO BE TRANSPORTING TO HOSPITAL AFTER HE CHANGES CLOTHES | Weyant,Kayla | | 911-29764-PC |
| 14:36:13 | ER TO OLD BOALSBURG ADDRESS | Muro,Christopher | | 911-29752 |
| 14:36:07 | SCOTT CALLED IN | Muro,Christopher | | 911-29752 |
| 14:34:13 | NOTIFY CORONER PER PSPROK | Weyant,Kayla | | 911-29764-PC |
| 14:25:47 | 3256/3272/3240 OUT AT STATION | WILLIAMSON,LEE | | 911-29760-PC |
| 14:23:39 | SCPD* | MILLER,ROSS | | 911-29757 |
| 14:23:35 | 3248 10-23 SCOD | MILLER,ROSS | | 911-29757 |
| 14:22:03 | 3248 10-52 1 MALE 10-17 SCPD | MILLER,ROSS | | 911-29757 |
| 14:16:49 | EMA--JODY AWARE | WILLIAMSON,LEE | | 911-29760-PC |
| 14:15:08 | PER MICU25-5 HELICOPTER CAN STAND DOWN | Seeger,Kyle | | 911-29765-PC |
| 14:11:12 | TROOPERS ON WAY TO HELP | Weyant,Kayla | | 911-29764-PC |
| 14:10:13 | STAT* | Weyant,Kayla | | 911-29764-PC |
| 14:10:07 | STATE 9 ON STAND BY | Weyant,Kayla | | 911-29764-PC |
| 14:09:17 | 3240 CONFIRMING CODE 4 | MILLER,ROSS | | 911-29757 |
| 14:07:03 | MICU25-4 REQ NEXT AVAILABLE HELICOPTER ON STAND-BY | Seeger,Kyle | | 911-29765-PC |
| 14:06:39 | PSP REQUESTED FOR CI | MILLER,ROSS | | 911-29757 |

SCPD000959

| Time | Description | | |
|---|---|---|---|
| 14:06:24 | OLD BOALSBURG RD CLOSED AT PARKWAY | MILLER,ROSS | 911-29757 |
| 14:05:46 | MICU25-4 REQ TO SEE IF LIFELIGHT 2 IS AT AIRPORT | Seeger,Kyle | 911-29765-PC |
| 14:05:21 | CODE 4 | MILLER,ROSS | 911-29757 |
| 14:04:06 | CALLING PSPROK | Weyant,Kayla | 911-29764-PC |
| 14:03:53 | 3280 REQ EMS FOR SHOTS FIRED | WILLIAMSON,LEE | 911-29760-PC |
| 14:03:25 | SHOTS FIRED | MILLER,ROSS | 911-29757 |
| 13:59:20 | 10-23 OLD BOALSBURG | MILLER,ROSS | 911-29757 |
| 13:56:32 | CASE WORKERS NAME NICK, 814-883-6495 | Seeger,Kyle | 911-29765-PC |
| 13:55:49 | WEARING BLACK JEANS, DARK BLUE JACKET, HOOD OVER HIS HEAD, CARRYING TWO WEIS BAGS, LOOKED LIKE HE WAS HEADING BACK TO 1013 OLD BOALSBURG RD | Seeger,Kyle | 911-29765-PC |
| 13:48:51 | CASE MANAGER FROM STRAWBERRY FIELDS SPOTTED HIM NEAR WEIS ON WESTERLY AND WANTS TO SEE IF OFFICERS CAN MAKE CONTACT | Seeger,Kyle | 911-29765-PC |
| 13:48:17 | A HEALTH AND SAFETY MALE 3212, 3225,3288 HANDLED | Seeger,Kyle | 911-29765-PC |
| 13:47:24 | IN REGARDS TO A OSAZE OSAGIE | Seeger,Kyle | 911-29765-PC |
| 13:45:35 | CALLER IS WITH CAN HELP | Seeger,Kyle | 911-29765-PC |

**EMD Narrative**

| Time | Description | User |
|---|---|---|

**Call Persons**

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| ,KATIE | | | 911-29765-PC |

**Call Vehicles**

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

**Call Dispositions**

| Name | Count |
|---|---|
| Completed | 3 |
| Page Answered | 1 |
| Case Assigned | 1 |

**Unit Dispositions**

| Name | Unit Number | Disposition Date |
|---|---|---|
| Completed | 3248 | 3/20/2019 17:56:01 |
| Completed | 3254 | 3/20/2019 18:36:13 |
| Completed | 3283 | 3/20/2019 16:45:48 |
| Case Assigned | 3296 | 3/21/2019 00:47:31 |
| Page Answered | CORONER | 3/20/2019 14:36:22 |

**Call Log**

*** 3/21/2019 ***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 00:47:33 | Call Cleared | Close Call | Kyley Burd | 911-29757 |
| 00:47:33 | Disposition Changed | Added:  Completed  Count: Page Answered | Kyley Burd | 911-29757 |

| Time | Action | Detail | Officer | Unit |
|---|---|---|---|---|
| | | Count 1,Case Assigned Count 1 | | |
| 00:47:33 | Unit Status Action | Unit 3296 Available | Kyley Burd | 911-29757 |
| **\*\*\* 3/20/2019 \*\*\*** | | | | |
| 20:10:41 | Restricted Narrative Added | Restricted Law/Medical Narrative Added | Kyley Burd | 911-29757 |
| 20:09:26 | Restricted Narrative Added | Restricted Law/Medical Narrative Added | Kyle Seeger | 911-29765-PC |
| 20:06:59 | Narrative Added | STATE POLICE STILL OS PER 3241 - DIRECT ANY CALLS PERTAINING TO SUCH TO PSP | Kyley Burd | 911-29757 |
| 20:06:31 | Unit Status Action | Unit 3257 Available | Kyley Burd | 911-29757 |
| 20:06:24 | Unit Status Action | Unit 3242 Available | Kyley Burd | 911-29757 |
| 20:06:09 | Unit Status Action | Unit 3216 Available | Kyley Burd | 911-29757 |
| 20:05:57 | Unit Status Action | Unit 3280 Available | Kyley Burd | 911-29757 |
| 20:05:04 | Unit Status Action | Unit 3272 Available | Kyley Burd | 911-29757 |
| 20:04:48 | Unit Status Action | Unit 3239 Available | Kyley Burd | 911-29757 |
| 20:04:35 | Unit Status Action | Unit 3240 Available | Kyley Burd | 911-29757 |
| 18:36:13 | Unit Status Action | Unit 3254 Available | MARK RHODES | SCP21 |
| 17:56:01 | Unit Status Action | Unit 3248 Available | Amanda Estep | SCP5 |
| 16:45:48 | Unit Status Action | Unit 3283 Available | MICHAEL WILLIAMS | SCP9 |
| 16:45:37 | Unit Status Action | Unit 3283 On Scene | MICHAEL WILLIAMS | SCP9 |
| 16:22:18 | Unit Status Action | Unit 3242 At Station | ROSS MILLER | 911-29757 |
| 16:22:09 | Narrative Added | 10-52 DROPPED OFF | ROSS MILLER | 911-29757 |
| 16:22:02 | Unit Status Action | Unit 3239 At 2nd | ROSS MILLER | 911-29757 |
| 16:16:49 | Narrative Added | 3239 10-52 1 MALE 10-17 821 SOUTHGATE DR | ROSS MILLER | 911-29757 |
| 16:16:37 | Unit Status Action | Unit 3239 Transport | ROSS MILLER | 911-29757 |
| 16:16:36 | Unit Status Action | Unit 3239 Dispatched | ROSS MILLER | 911-29757 |
| 16:16:36 | Unit Location | Unit 3239 Secondary Location: Secondary Location Cleared | ROSS MILLER | 911-29757 |
| 16:05:56 | Call Closed By Agency | EMS Call Closed | Kyle Seeger | 911-29765-PC |
| 16:05:56 | Unit Status Action | Unit MICU25-5 Available | Kyle Seeger | 911-29765-PC |
| 15:51:11 | Unit Status Action | Unit 3242 Enrt 2nd | ROSS MILLER | 911-29757 |
| 15:36:42 | Unit Status Action | Unit 3256 Available | Kayla Weyant | 911-29764-PC |
| 15:30:45 | Unit Status Action | Unit 3283 At Station | Christopher Muro | 911-29752 |
| 15:21:09 | Narrative Added | 3256 ADVISED OF THE CAN HELP REQ | LEE WILLIAMSON | 911-29760-PC |
| 15:03:37 | Narrative Added | DUSTIN WITH CAN HELP CALLED IN REQUESTING AN UPDATE ON CONTACT MADE WITH OSAZE OSAGIE. 10-21 NUMBER 800-643-5432 | Kayla Weyant | 911-29764-PC |
| 15:01:37 | Unit Status Action | Unit MICU25-4 Available | Kyle Seeger | 911-29765-PC |
| 14:45:45 | Unit Status Action | Unit MICU25-4 At 2nd | ROSS MILLER | 911-29757 |
| 14:45:31 | Narrative Added | MICU25-4 IS AT STATE COLLEGE POLICE STATION WITH 3272 GOING TO BE TRANSPORTING TO HOSPITAL AFTER HE CHANGES CLOTHES | Kayla Weyant | 911-29764-PC |
| 14:42:35 | Unit Status Action | Unit 3239 Available | ROSS MILLER | 911-29757 |
| 14:36:58 | Alerts Accessed | Viewed Alerts Tab | ROSS MILLER | 911-29757 |
| 14:36:25 | Unit Status Action | Unit CORONER Available | Christopher Muro | 911-29752 |
| 14:36:13 | Narrative Added | ER TO OLD BOALSBURG ADDRESS | Christopher Muro | 911-29752 |
| 4:36:07 | Narrative Added | SCOTT CALLED IN | Christopher Muro | 911-29752 |
| 14:34:43 | Unit Location | Unit CORONER Secondary Location: Secondary Location Cleared | Kayla Weyant | 911-29764-PC |
| 14:34:43 | Unit Status Action | Unit CORONER Paged | Kayla Weyant | 911-29764-PC |

| Time | Action | Description | Name | Call ID |
|---|---|---|---|---|
| 14:34:13 | Narrative Added | NOTIFY CORONER PER PSPROK | Kayla Weyant | 911-29764-PC |
| 14:30:17 | Unit Status Action | Unit 3296 At Station | ROSS MILLER | 911-29757 |
| 14:28:28 | Unit Status Action | Unit 3285 Available | ROSS MILLER | 911-29757 |
| 14:27:02 | Unit Status Action | Unit 3240 Available | LEE WILLIAMSON | 911-29760-PC |
| 14:26:59 | Unit Status Action | Unit 3272 At Station | LEE WILLIAMSON | 911-29760-PC |
| 14:25:47 | Narrative Added | 3256/3272/3240 OUT AT STATION | LEE WILLIAMSON | 911-29760-PC |
| 14:24:27 | Unit Status Action | Unit COGEMA Available | LEE WILLIAMSON | 911-29760-PC |
| 14:24:14 | Unit Status Action | Unit 3256 At Station | ROSS MILLER | 911-29757 |
| 14:23:39 | Narrative Added | SCPD* | ROSS MILLER | 911-29757 |
| 14:23:35 | Narrative Added | 3248 10-23 SCOD | ROSS MILLER | 911-29757 |
| 14:23:34 | Call Closed By Agency | Fire Call Closed | LEE WILLIAMSON | 911-29760-PC |
| 14:23:33 | Unit Status Action | Unit PEMA Available | LEE WILLIAMSON | 911-29760-PC |
| 14:23:29 | Unit Status Action | Unit 3248 At Station | ROSS MILLER | 911-29757 |
| 14:22:27 | Agency Context Added | Fire Call Type Added. Call Type: EMS-Trauma with Injury-ALS, Status: Just Occurred, Priority: High | LEE WILLIAMSON | |
| 14:22:27 | Unit Location | Unit PEMA Secondary Location: Secondary Location Cleared | LEE WILLIAMSON | 911-29760-PC |
| 14:22:27 | Unit Status Action | Unit PEMA Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:22:18 | Unit Status Action | Unit 3248 Transport | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Location | Unit 3248 Secondary Location: Secondary Location Cleared | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Status Action | Unit 3248 On Scene | ROSS MILLER | 911-29757 |
| 14:22:03 | Narrative Added | 3248 10-52 1 MALE 10-17 SCPD | ROSS MILLER | 911-29757 |
| 14:21:22 | Unit Status Action | Unit PSPROK Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:19 | Unit Status Action | Unit 4518 Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:06 | Unit Location | Unit 3242 Secondary Location: Secondary Location Cleared | ROSS MILLER | 911-29757 |
| 14:21:06 | Unit Status Action | Unit 3242 On Scene | ROSS MILLER | 911-29757 |
| 14:16:54 | Unit Status Action | Unit EMA Available | LEE WILLIAMSON | 911-29760-PC |
| 14:16:49 | Narrative Added | EMA--JODY AWARE | LEE WILLIAMSON | 911-29760-PC |
| 14:15:08 | Narrative Added | PER MICU25-5 HELICOPTER CAN STAND DOWN | Kyle Seeger | 911-29765-PC |
| 14:14:59 | Paging Action | Attempting to page the following pagers: ignCOGEMA@centre.ealert911.com | LEE WILLIAMSON | 911-29760-PC |
| 14:14:59 | Unit Location | Unit COGEMA Secondary Location: Secondary Location Cleared | LEE WILLIAMSON | 911-29760-PC |
| 14:14:59 | Unit Status Action | Unit COGEMA Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:14:56 | Narrative Criticality Updated | SHOTS FIRED (Narrative changed from 'Normal' to 'Critical') | ROSS MILLER | 911-29757 |
| 14:14:21 | Paging Action | Attempting to page the following pagers: ignEMA@centre.ealert911.com | LEE WILLIAMSON | 911-29760-PC |
| 14:14:21 | Unit Location | Unit EMA Secondary Location: Secondary Location Cleared | LEE WILLIAMSON | 911-29760-PC |
| 14:14:21 | Unit Status Action | Unit EMA Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:13:04 | Unit Status Action | Unit 4518 On Scene | ROSS MILLER | 911-29757 |
| 14:12:54 | Unit Status Action | Unit 3296 On Scene | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Location | Unit 3285 Secondary Location: Secondary Location Cleared | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Status Action | Unit 3285 On Scene | ROSS MILLER | 911-29757 |
| 14:11:58 | Unit Status Action | Unit 3239 On Scene | LEE WILLIAMSON | 911-29760-PC |
| 4:11:56 | Unit Status Action | Unit 3256 On Scene | LEE WILLIAMSON | 911-29760-PC |
| 14:11:52 | Unit Status Action | Unit PSPROK Enroute | LEE WILLIAMSON | 911-29760-PC |
| 14:11:12 | Narrative Added | TROOPERS ON WAY TO HELP | Kayla Weyant | 911-29764-PC |
| 14:11:10 | Unit Location | Unit 3296 Secondary Location: Secondary | ROSS MILLER | 911-29757 |

| Time | Action | Description | | Name | Case |
|------|--------|-------------|---|------|------|
| | | Location Cleared | | | |
| 14:11:10 | Unit Status Action | Unit 3296 Enroute | | ROSS MILLER | 911-29757 |
| 14:10:13 | Narrative Added | STAT* | | Kayla Weyant | 911-29764-PC |
| 14:10:07 | Narrative Added | STATE 9 ON STAND BY | | Kayla Weyant | 911-29764-PC |
| 14:09:24 | Unit Status Action | Unit MICU25-4 On Scene | | Kyle Seeger | 911-29765-PC |
| 14:09:17 | Narrative Added | 3240 CONFIRMING CODE 4 | | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Location | Unit 3257 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Action | Unit 3257 On Scene | | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Location | Unit 3216 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Action | Unit 3216 On Scene | | ROSS MILLER | 911-29757 |
| 14:08:25 | Unit Status Action | Unit 3254 On Scene | | ROSS MILLER | 911-29757 |
| 14:08:22 | Unit Status Action | Unit 3254 Enroute | | ROSS MILLER | 911-29757 |
| 14:08:20 | Unit Location | Unit 3254 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:08:20 | Unit Status Action | Unit 3254 Dispatched | | ROSS MILLER | 911-29757 |
| 14:07:03 | Narrative Added | MICU25-4 REQ NEXT AVAILABLE HELICOPTER ON STAND-BY | | Kyle Seeger | 911-29765-PC |
| 14:06:39 | Narrative Added | PSP REQUESTED FOR CI | | ROSS MILLER | 911-29757 |
| 14:06:31 | Unit Status Action | Unit MICU25-5 On Scene | | Kyle Seeger | 911-29765-PC |
| 14:06:24 | Narrative Added | OLD BOALSBURG RD CLOSED AT PARKWAY | | ROSS MILLER | 911-29757 |
| 14:06:11 | Unit Location | Unit 3280 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:06:11 | Unit Status Action | Unit 3280 On Scene | | ROSS MILLER | 911-29757 |
| 14:05:46 | Narrative Added | MICU25-4 REQ TO SEE IF LIFELIGHT 2 IS AT AIRPORT | | Kyle Seeger | 911-29765-PC |
| 14:05:40 | Unit Location | Unit PSPROK Secondary Location: Secondary Location Cleared | | Kayla Weyant | 911-29764-PC |
| 14:05:40 | Unit Status Action | Unit PSPROK Dispatched | | Kayla Weyant | 911-29764-PC |
| 14:05:39 | Unit Status Action | Unit 4518 Enroute | | ROSS MILLER | 911-29757 |
| 14:05:37 | Unit Status Action | Unit 3283 On Scene | | ROSS MILLER | 911-29757 |
| 14:05:34 | Unit Location | Unit 4518 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:05:34 | Unit Status Action | Unit 4518 Dispatched | | ROSS MILLER | 911-29757 |
| 14:05:25 | Unit Status Action | Unit 3283 Dispatched | | ROSS MILLER | 911-29757 |
| 14:05:25 | Unit Location | Unit 3283 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:05:21 | Narrative Added | CODE 4 | | ROSS MILLER | 911-29757 |
| 14:04:50 | Unit Status Action | Unit AMB25-STATION Available | | Kyle Seeger | 911-29765-PC |
| 14:04:48 | Unit Status Action | Unit MICU25-7 Available | | Kyle Seeger | 911-29765-PC |
| 14:04:46 | Unit Status Action | Unit MICU25-5 Enroute | | Kyle Seeger | 911-29765-PC |
| 14:04:44 | Unit Status Action | Unit MICU25-4 Enroute | | Kyle Seeger | 911-29765-PC |
| 14:04:38 | Unit Status Action | Unit 3239 Enroute | | ROSS MILLER | 911-29757 |
| 14:04:34 | Unit Status Action | Unit 3256 Enroute | | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Status Action | Unit 3239 Dispatched | | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Location | Unit 3239 Secondary Location: Secondary Location Cleared | | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Location | Unit MICU25-5 Secondary Location: Secondary Location Cleared | | Kyle Seeger | 911-29765-PC |
| 14:04:31 | Unit Status Action | Unit MICU25-5 Dispatched | | Kyle Seeger | 911-29765-PC |
| 14:04:29 | Unit Location | Unit MICU25-4 Secondary Location: Secondary Location Cleared | | Kyle Seeger | 911-29765-PC |
| 14:04:29 | Unit Status Action | Unit MICU25-4 Dispatched | | Kyle Seeger | 911-29765-PC |

| Time | Action | Description | Name | Unit |
|---|---|---|---|---|
| 14:04:13 | Unit Status Action | Unit 3256 Dispatched | ROSS MILLER | 911-29757 |
| 14:04:13 | Unit Location | Unit 3256 Secondary Location: Secondary Location Cleared | ROSS MILLER | 911-29757 |
| 14:04:06 | Paging Action | Attempting to page the following pagers: ign25@centre.ealert911.com,45@centre.ealert911.com | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Recommendation | Recommendation completed for units: AMB25-STATION, MICU25-7. | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Narrative Added | CALLING PSPROK | Kayla Weyant | 911-29764-PC |
| 14:04:06 | Unit Status Action | Unit MICU25-7 Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Location | Unit MICU25-7 Secondary Location: Secondary Location Cleared | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Status Action | Unit AMB25-STATION Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Location | Unit AMB25-STATION Secondary Location: Secondary Location Cleared | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Recommendation | Recommendation accepted for units: AMB25-STATION, MICU25-7. | Kyle Seeger | 911-29765-PC |
| 14:04:04 | Unit Recommendation | Recommendation viewed for units : AMB25-STATION, MICU25-7 | Kyle Seeger | 911-29765-PC |
| 14:03:53 | Narrative Added | 3280 REQ EMS FOR SHOTS FIRED | LEE WILLIAMSON | 911-29760-PC |
| 14:03:48 | Paging Action | Attempting to page the following pagers: ign45@centre.ealert911.com | ROSS MILLER | 911-29757 |
| 14:03:48 | Call Type | EMS Call Type Changed From Supplement To Call Type: EMS-Trauma with Injury-ALS, Status: Just Occurred, Priority: High | ROSS MILLER | 911-29757 |
| 14:03:25 | Narrative Added | SHOTS FIRED | ROSS MILLER | 911-29757 |
| 14:03:22 | Agency Context Added | EMS Call Type Added. Call Type: Supplement, Status: Not In Progress, Priority: Low | ROSS MILLER | 911-29757 |
| 13:59:20 | Narrative Added | 10-23 OLD BOALSBURG | ROSS MILLER | 911-29757 |
| 13:59:12 | Unit Status Action | Unit 3240 On Scene | ROSS MILLER | 911-29757 |
| 13:56:32 | Narrative Added | CASE WORKERS NAME NICK, 814-883-6495 | Kyle Seeger | 911-29765-PC |
| 13:55:49 | Narrative Added | WEARING BLACK JEANS, DARK BLUE JACKET, HOOD OVER HIS HEAD, CARRYING TWO WEIS BAGS, LOOKED LIKE HE WAS HEADING BACK TO 1013 OLD BOALSBURG RD | Kyle Seeger | 911-29765-PC |
| 13:51:23 | Unit Status Action | Unit 3272 On Scene | MICHAEL PIENIAZEK | SCP6 |
| 13:50:18 | Unit Status Action | Unit 3240 Enroute | Kyle Seeger | 911-29765-PC |
| 13:50:16 | Unit Status Action | Unit 3240 Dispatched | Kyle Seeger | 911-29765-PC |
| 13:50:16 | Unit Location | Unit 3240 Secondary Location: Secondary Location Cleared | Kyle Seeger | 911-29765-PC |
| 13:50:09 | Unit Status Action | Unit 3272 Enroute | Kyle Seeger | 911-29765-PC |
| 13:49:15 | Unit Location | Unit 3272 Secondary Location: Secondary Location Cleared | Kyle Seeger | 911-29765-PC |
| 13:49:15 | Unit Status Action | Unit 3272 Dispatched | Kyle Seeger | 911-29765-PC |
| 13:49:15 | Call Ready for Dispatch | Call marked ready for dispatch | Kyle Seeger | 911-29765-PC |
| 13:48:54 | Agency Context Added | Police Call Type Added. Call Type: Supplement, Status: Not In Progress, Priority: Low | Kyle Seeger | 911-29765-PC |
| 13:48:51 | Narrative Added | CASE MANAGER FROM STRAWBERRY FIELDS SPOTTED HIM NEAR WEIS ON WESTERLY AND WANTS TO SEE IF OFFICERS CAN MAKE CONTACT | Kyle Seeger | 911-29765-PC |
| 13:48:17 | Narrative Added | A HEALTH AND SAFETY MALE 3212, 3225,3288 HANDLED | Kyle Seeger | 911-29765-PC |
| 13:47:24 | Narrative Added | IN REGARDS TO A OSAZE OSAGIE | Kyle Seeger | 911-29765-PC |
| 13:45:35 | Narrative Added | CALLER IS WITH CAN HELP | Kyle Seeger | 911-29765-PC |

SCP000964

| 13:45:21 | Person Added | Name: KATIE | Kyle Seeger | 911-29765-PC |
| 13:45:17 | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 560 WESTERLY PKWY | cad testing | NWSCNEPROD |
| 13:45:16 | Address Verified | Call Location Changed from Unverified To Verified | Kyle Seeger | 911-29765-PC |
| 13:45:16 | Location | Call Location Changed from <UNKNOWN> to 560 WESTERLY PKWY, STATE COLLEGE (WEIS MARKET - WESTERLY PKWY) | Kyle Seeger | 911-29765-PC |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PA014912 , Number: 2019-00000174 | Kayla Weyant | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PA014911 , Number: 2019-00000676 | LEE WILLIAMSON | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PGCOGEMA , Number: 2019-00000028 | LEE WILLIAMSON | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PA014013N, Number: 2019-00003612 | LEE WILLIAMSON | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PAPSP7400, Number: 2019-00001045 | Kayla Weyant | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PA0140000, Number: 2019-00000361 | ROSS MILLER | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: E14001 , Number: 2019-00001353 | Kyle Seeger | |
| 13:45:09 | Incident Created | Added Incident Number, ORI: PA0140300, Number: 2019-00004965 | Kyle Seeger | |
| 13:45:09 | Call Created | New call created. Call Type: <<Choose Call Type>>, Location: <UNKNOWN> | Kyle Seeger | 911-29765-PC |

## Unit Log

### *** 3/21/2019 ***

| Time | Action | Description | Unit | Status | Name | Machine |
| --- | --- | --- | --- | --- | --- | --- |
| 00:47:33 | Unit Status Change | Available | 3296 | Available | Kyley Burd | 911-29757 |
| 00:47:33 | Unit Cleared | Unit Cleared From Call | 3296 | Available | Kyley Burd | 911-29757 |
| 00:47:31 | Disposition Added | Added: Case Assigned Count 1 | 3296 | At Station | Kyley Burd | 911-29757 |

### *** 3/20/2019 ***

| Time | Action | Description | Unit | Status | Name | Machine |
| --- | --- | --- | --- | --- | --- | --- |
| 20:06:31 | Unit Status Change | Available | 3257 | Available | Kyley Burd | 911-29757 |
| 20:06:31 | Unit Cleared | Unit Cleared From Call | 3257 | Available | Kyley Burd | 911-29757 |
| 20:06:24 | Unit Status Change | Available | 3242 | Available | Kyley Burd | 911-29757 |
| 20:06:24 | Unit Cleared | Unit Cleared From Call | 3242 | Available | Kyley Burd | 911-29757 |
| 20:06:09 | Unit Status Change | Available | 3216 | Available | Kyley Burd | 911-29757 |
| 20:06:09 | Unit Cleared | Unit Cleared From Call | 3216 | Available | Kyley Burd | 911-29757 |
| 20:05:57 | Unit Status Change | Available | 3280 | Available | Kyley Burd | 911-29757 |
| 20:05:57 | Unit Cleared | Unit Cleared From Call | 3280 | Available | Kyley Burd | 911-29757 |
| 20:05:04 | Unit Status Change | Available | 3272 | Available | Kyley Burd | 911-29757 |
| 20:05:04 | Unit Cleared | Unit Cleared From Call | 3272 | Available | Kyley Burd | 911-29757 |
| 20:04:48 | Unit Status Change | Available | 3239 | Available | Kyley Burd | 911-29757 |
| 20:04:48 | Unit Cleared | Unit Cleared From Call | 3239 | Available | Kyley Burd | 911-29757 |
| 20:04:35 | Unit Status Change | Available | 3240 | Available | Kyley Burd | 911-29757 |
| 20:04:35 | Unit Cleared | Unit Cleared From Call | 3240 | Available | Kyley Burd | 911-29757 |
| 18:36:13 | Unit Status Change | Available | 3254 | Available | MARK RHODES | SCP21 |
| 18:36:13 | Unit Cleared | Unit Cleared From Call | 3254 | Available | MARK RHODES | SCP21 |
| 18:36:13 | Disposition Added | Added: Completed Count 1 | 3254 | On Scene | MARK RHODES | SCP21 |
| 18:16:14 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3216 | On Scene | Kyley Burd | 911-29757 |

| Time | Event | Detail | Unit | Status | Officer | Ref |
|------|-------|--------|------|--------|---------|-----|
| 18:15:11 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3257 | On Scene | Kyley Burd | 911-29757 |
| 17:56:01 | Unit Status Change | Available | 3248 | Available | Amanda Estep | SCP5 |
| 17:56:01 | Unit Cleared | Unit Cleared From Call | 3248 | Available | Amanda Estep | SCP5 |
| 17:56:01 | Disposition Added | Added: Completed Count 1 | 3248 | At Station | Amanda Estep | SCP5 |
| 16:45:48 | Unit Status Change | Available | 3283 | Available | MICHAEL WILLIAMS | SCP9 |
| 16:45:48 | Unit Cleared | Unit Cleared From Call | 3283 | Available | MICHAEL WILLIAMS | SCP9 |
| 16:45:48 | Disposition Added | Added: Completed Count 1 | 3283 | On Scene | MICHAEL WILLIAMS | SCP9 |
| 16:45:37 | Unit Status Change | On Scene | 3283 | On Scene | MICHAEL WILLIAMS | SCP9 |
| 16:45:37 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3283 | On Scene | MICHAEL WILLIAMS | SCP9 |
| 16:22:18 | Unit Status Change | At Station | 3242 | At Station | ROSS MILLER | 911-29757 |
| 16:22:02 | Unit Status Change | At 2nd | 3239 | At 2nd | ROSS MILLER | 911-29757 |
| 16:16:37 | Unit Status Change | Transport | 3239 | Transport | ROSS MILLER | 911-29757 |
| 16:16:36 | Unit Location | Secondary Location Cleared | 3239 | Dispatched | ROSS MILLER | 911-29757 |
| 16:16:36 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3239 | Dispatched | ROSS MILLER | 911-29757 |
| 16:05:56 | Unit Status Change | Available | MICU25-5 | Available | Kyle Seeger | 911-29765-PC |
| 16:05:56 | Unit Cleared | Unit Cleared From Call | MICU25-5 | Available | Kyle Seeger | 911-29765-PC |
| 15:51:11 | Unit Status Change | Enrt 2nd | 3242 | Enrt 2nd | ROSS MILLER | 911-29757 |
| 15:36:42 | Unit Status Change | Available | 3256 | Available | Kayla Weyant | 911-29764-PC |
| 15:36:42 | Unit Cleared | Unit Cleared From Call | 3256 | Available | Kayla Weyant | 911-29764-PC |
| 15:30:45 | Unit Status Change | At Station | 3283 | At Station | Christopher Muro | 911-29752 |
| 15:01:37 | Unit Status Change | Available | MICU25-4 | Available | Kyle Seeger | 911-29765-PC |
| 15:01:37 | Unit Cleared | Unit Cleared From Call | MICU25-4 | Available | Kyle Seeger | 911-29765-PC |
| 14:45:45 | Unit Status Change | At 2nd | MICU25-4 | At 2nd | ROSS MILLER | 911-29757 |
| 14:42:35 | Unit Status Change | Available | 3239 | Available | ROSS MILLER | 911-29757 |
| 14:42:35 | Unit Cleared | Unit Cleared From Call | 3239 | Available | ROSS MILLER | 911-29757 |
| 14:36:25 | Unit Status Change | Available | CORONER | Available | Christopher Muro | 911-29752 |
| 14:36:25 | Unit Cleared | Unit Cleared From Call | CORONER | Available | Christopher Muro | 911-29752 |
| 14:36:22 | Disposition Added | Added: Page Answered Count 1 | CORONER | Paged | Christopher Muro | 911-29752 |
| 14:34:43 | Unit Location | Secondary Location Cleared | CORONER | Paged | Kayla Weyant | 911-29764-PC |
| 14:34:43 | Unit Status Change | Paged Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | CORONER | Paged | Kayla Weyant | 911-29764-PC |
| 14:31:04 | Timer Override | Override time = 622080000 | MICU25-4 | On Scene | Kyle Seeger | 911-29765-PC |
| 14:30:17 | Unit Status Change | At Station | 3296 | At Station | ROSS MILLER | 911-29757 |
| 14:28:28 | Unit Status Change | Available | 3285 | Available | ROSS MILLER | 911-29757 |

SCPD000966

| Time | Event | Description | Unit | Status | Operator | Call |
|---|---|---|---|---|---|---|
| 14:28:28 | Unit Cleared | Unit Cleared From Call | 3285 | Available | ROSS MILLER | 911-29757 |
| 14:27:02 | Unit Status Change | At Station | 3240 | At Station | LEE WILLIAMSON | 911-29760-PC |
| 14:26:59 | Unit Status Change | At Station | 3272 | At Station | LEE WILLIAMSON | 911-29760-PC |
| 14:26:48 | Timer Override | Override time = 622080000 | MICU25-5 | On Scene | Kyle Seeger | 911-29765-PC |
| 14:24:27 | Unit Status Change | Available | COGEM A | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:24:27 | Unit Cleared | Unit Cleared From Call | COGEM A | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:24:14 | Unit Status Change | At Station | 3256 | At Station | ROSS MILLER | 911-29757 |
| 14:23:33 | Unit Status Change | Available | PEMA | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:23:33 | Unit Cleared | Unit Cleared From Call | PEMA | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:23:29 | Unit Status Change | At Station | 3248 | At Station | ROSS MILLER | 911-29757 |
| 14:22:27 | Unit Location | Secondary Location Cleared | PEMA | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:22:27 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | PEMA | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:22:18 | Unit Status Change | Transport | 3248 | Transport | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Location | Secondary Location Cleared | 3248 | On Scene | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Status Change | On Scene | 3248 | On Scene | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3248 | On Scene | ROSS MILLER | 911-29757 |
| 14:22:10 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3248 | On Scene | ROSS MILLER | 911-29757 |
| 14:21:22 | Unit Status Change | Available | PSPROK | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:22 | Unit Cleared | Unit Cleared From Call | PSPROK | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:19 | Unit Status Change | Available | 4518 | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:19 | Unit Cleared | Unit Cleared From Call | 4518 | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:21:06 | Unit Location | Secondary Location Cleared | 3242 | On Scene | ROSS MILLER | 911-29757 |
| 14:21:06 | Unit Status Change | On Scene | 3242 | On Scene | ROSS MILLER | 911-29757 |
| 14:21:06 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3242 | On Scene | ROSS MILLER | 911-29757 |
| 14:21:06 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3242 | On Scene | ROSS MILLER | 911-29757 |
| 14:16:54 | Unit Status Change | Available | EMA | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:16:54 | Unit Cleared | Unit Cleared From Call | EMA | Available | LEE WILLIAMSON | 911-29760-PC |
| 14:14:59 | Unit Location | Secondary Location Cleared | COGEM A | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:14:59 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | COGEM A | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:14:21 | Unit Location | Secondary Location Cleared | EMA | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:14:21 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | EMA | Dispatched | LEE WILLIAMSON | 911-29760-PC |
| 14:13:04 | Unit Status Change | On Scene | 4518 | On Scene | ROSS MILLER | 911-29757 |
| 14:13:04 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 4518 | On Scene | ROSS MILLER | 911-29757 |

SCPD000967

| Time | Action | Location | Unit | Status | Officer | Call |
|---|---|---|---|---|---|---|
| 14:12:54 | Unit Status Change | On Scene | 3296 | On Scene | ROSS MILLER | 911-29757 |
| 14:12:54 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3296 | On Scene | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Location | Secondary Location Cleared | 3285 | On Scene | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Status Change | On Scene | 3285 | On Scene | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3285 | On Scene | ROSS MILLER | 911-29757 |
| 14:12:28 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3285 | On Scene | ROSS MILLER | 911-29757 |
| 14:11:58 | Unit Status Change | On Scene | 3239 | On Scene | LEE WILLIAMSON | 911-29760-PC |
| 14:11:58 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3239 | On Scene | LEE WILLIAMSON | 911-29760-PC |
| 14:11:56 | Unit Status Change | On Scene | 3256 | On Scene | LEE WILLIAMSON | 911-29760-PC |
| 14:11:56 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3256 | On Scene | LEE WILLIAMSON | 911-29760-PC |
| 14:11:52 | Unit Status Change | Enroute | PSPROK | Enroute | LEE WILLIAMSON | 911-29760-PC |
| 14:11:10 | Unit Location | Secondary Location Cleared | 3296 | Enroute | ROSS MILLER | 911-29757 |
| 14:11:10 | Unit Status Change | Enroute | 3296 | Enroute | ROSS MILLER | 911-29757 |
| 14:11:10 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3296 | Enroute | ROSS MILLER | 911-29757 |
| 14:09:24 | Unit Status Change | On Scene | MICU25-4 | On Scene | Kyle Seeger | 911-29765-PC |
| 14:09:24 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | MICU25-4 | On Scene | Kyle Seeger | 911-29765-PC |
| 14:09:02 | Unit Location | Secondary Location Cleared | 3257 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Change | On Scene | 3257 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3257 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3257 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Location | Secondary Location Cleared | 3216 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Change | On Scene | 3216 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3216 | On Scene | ROSS MILLER | 911-29757 |
| 14:09:02 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3216 | On Scene | ROSS MILLER | 911-29757 |
| 14:08:25 | Unit Status Change | On Scene | 3254 | On Scene | ROSS MILLER | 911-29757 |
| 14:08:25 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3254 | On Scene | ROSS MILLER | 911-29757 |
| 14:08:22 | Unit Status Change | Enroute | 3254 | Enroute | ROSS MILLER | 911-29757 |
| 14:08:20 | Unit Location | Secondary Location Cleared | 3254 | Dispatched | ROSS MILLER | 911-29757 |
| 14:08:20 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3254 | Dispatched | ROSS MILLER | 911-29757 |
| 14:06:31 | Unit Status Change | On Scene | MICU25-5 | On Scene | Kyle Seeger | 911-29765-PC |
| 14:06:31 | Unit Location | 560 WESTERLY PKWY, STATE | MICU25- | On Scene | Kyle Seeger | 911-29765-PC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLLEGE | 5 | | | |
| 14:06:11 | Unit Location | Secondary Location Cleared | 3280 | On Scene | ROSS MILLER | 911-29757 |
| 14:06:11 | Unit Status Change | On Scene | 3280 | On Scene | ROSS MILLER | 911-29757 |
| 14:06:11 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3280 | On Scene | ROSS MILLER | 911-29757 |
| 14:06:11 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3280 | On Scene | ROSS MILLER | 911-29757 |
| 14:05:40 | Unit Location | Secondary Location Cleared | PSPROK | Dispatched | Kayla Weyant | 911-29764-PC |
| 14:05:40 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | PSPROK | Dispatched | Kayla Weyant | 911-29764-PC |
| 14:05:39 | Unit Status Change | Enroute | 4518 | Enroute | ROSS MILLER | 911-29757 |
| 14:05:37 | Unit Status Change | On Scene | 3283 | On Scene | ROSS MILLER | 911-29757 |
| 14:05:37 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3283 | On Scene | ROSS MILLER | 911-29757 |
| 14:05:34 | Unit Location | Secondary Location Cleared | 4518 | Dispatched | ROSS MILLER | 911-29757 |
| 14:05:34 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 4518 | Dispatched | ROSS MILLER | 911-29757 |
| 14:05:25 | Unit Location | Secondary Location Cleared | 3283 | Dispatched | ROSS MILLER | 911-29757 |
| 14:05:25 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3283 | Dispatched | ROSS MILLER | 911-29757 |
| 14:04:50 | Unit Status Change | Available | AMB25-STATION | Available | Kyle Seeger | 911-29765-PC |
| 14:04:50 | Unit Cleared | Unit Cleared From Call | AMB25-STATION | Available | Kyle Seeger | 911-29765-PC |
| 14:04:48 | Unit Status Change | Available | MICU25-7 | Available | Kyle Seeger | 911-29765-PC |
| 14:04:48 | Unit Cleared | Unit Cleared From Call | MICU25-7 | Available | Kyle Seeger | 911-29765-PC |
| 14:04:46 | Unit Status Change | Enroute | MICU25-5 | Enroute | Kyle Seeger | 911-29765-PC |
| 14:04:44 | Unit Status Change | Enroute | MICU25-4 | Enroute | Kyle Seeger | 911-29765-PC |
| 14:04:38 | Unit Status Change | Enroute | 3239 | Enroute | ROSS MILLER | 911-29757 |
| 14:04:34 | Unit Status Change | Enroute | 3256 | Enroute | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Location | Secondary Location Cleared | 3239 | Dispatched | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3239 | Dispatched | ROSS MILLER | 911-29757 |
| 14:04:31 | Unit Location | Secondary Location Cleared | MICU25-5 | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:31 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | MICU25-5 | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:29 | Unit Location | Secondary Location Cleared | MICU25-4 | Dispatched | Kyle Seeger | 911-29765-PC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14:04:29 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | MICU25-4 | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:13 | Unit Location | Secondary Location Cleared | 3256 | Dispatched | ROSS MILLER | 911-29757 |
| 14:04:13 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3256 | Dispatched | ROSS MILLER | 911-29757 |
| 14:04:06 | Unit Location | Secondary Location Cleared | MICU25-7 | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | MICU25-7 | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Location | Secondary Location Cleared | AMB25-STATION | Dispatched | Kyle Seeger | 911-29765-PC |
| 14:04:06 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: EMS-Trauma with Injury-ALS | AMB25-STATION | Dispatched | Kyle Seeger | 911-29765-PC |
| 13:59:12 | Unit Status Change | On Scene | 3240 | On Scene | ROSS MILLER | 911-29757 |
| 13:59:12 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3240 | On Scene | ROSS MILLER | 911-29757 |
| 13:51:23 | Unit Status Change | On Scene | 3272 | On Scene | MICHAEL PIENIAZEK | SCP6 |
| 13:51:23 | Unit Location | 560 WESTERLY PKWY, STATE COLLEGE | 3272 | On Scene | MICHAEL PIENIAZEK | SCP6 |
| 13:50:18 | Unit Status Change | Enroute | 3240 | Enroute | Kyle Seeger | 911-29765-PC |
| 13:50:16 | Unit Location | Secondary Location Cleared | 3240 | Dispatched | Kyle Seeger | 911-29765-PC |
| 13:50:16 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3240 | Dispatched | Kyle Seeger | 911-29765-PC |
| 13:50:09 | Unit Status Change | Enroute | 3272 | Enroute | Kyle Seeger | 911-29765-PC |
| 13:49:15 | Unit Location | Secondary Location Cleared | 3272 | Dispatched | Kyle Seeger | 911-29765-PC |
| 13:49:15 | Unit Status Change | Dispatched Call Number: 178, Location: 560 WESTERLY PKWY, STATE COLLEGE, Call Type: Supplement | 3272 | Dispatched | Kyle Seeger | 911-29765-PC |

## Incidents

| Incident Number | ORI | Type |
|---|---|---|
| 2019-00004965 | PA0140300: STATE COLLEGE POLICE DEPARTMENT | Supplement |
| 2019-00001353 | E14001: 25 CENTRE LIFELINK EMS | Trauma with Injury-ALS |
| 2019-00000361 | PA0140000: CENTRE CO. SHERIFF | Supplement |
| 2019-00001045 | PAPSP7400: PSP ROCKVIEW | Supplement |
| 2019-00003612 | PA014013N: CENTRE COUNTY 911 | Supplement |
| 2019-00000028 | PGCOGEMA: CENTRE REGION EMERGENCY MANAGEMENT | Supplement |
| 2019-00000676 | PA014911: CENTRE COUNTY 911 FIRE | Trauma with Injury-ALS |

2019-00000174                     PA014912: CENTRE COUNTY 911 EMS          Trauma with Injury-ALS