# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER OSAGIE, as Representative of the Estate of Osaze Osagie, Decedent | : <br> : <br> : <br> : |
| Plaintiff, | :   Docket No. 4:20-cv-02024 <br> : |
| v | : <br> : |
| BOROUGH OF STATE COLLEGE, et al., | : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER

**AND NOW**, this 23rd day of August 2023, upon consideration of Defendants, the Borough of State College, Officer M. Jordan Pieniazek, Sergeant Christopher Hill, Lieutenant Keith Robb, and Captain Christian Fishel (collectively "Defendants"), Defendants' Motion to Seal Exhibits B, C, and J to Their Motion For Summary Judgment to Counts I, VIII, IX, X, and XI of Plaintiff's First Amended Complaint, **IT IS HEREBY ORDERED** that Defendants' Motion to Seal is **GRANTED**.

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge
