IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER OSAGIE, *Representative of the Estate of Osaze Osagie, Decedent*, <br><br> Plaintiff, <br><br> v. <br><br> BOROUGH OF STATE COLLEGE, *et al.*, <br><br> Defendants. | No. 4:20-CV-02024 <br><br> (Chief Judge Brann) |

## ORDER

**NOVEMBER 27, 2023**

In accordance with the accompanying Memorandum Opinions, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions for Summary Judgment (Docs. 89 and 93) are **GRANTED**.

2. The Clerk of Court is directed to order judgment in favor of Defendants with respect to all remaining claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge